UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09MJ3272 FRB |
| ) | |
| RANDA E. BRYANT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

The defendant was taken into custody on a warrant for her arrest issued upon the filing of a complaint and affidavit in the above cause.  She made her initial appearance before the court on December 2, 2009.  At the defendant's request, counsel was appointed to represent her.  On December 4, 2009, the defendant appeared before the undersigned, with counsel, and waived her right to a preliminary examination.

On December 31, 2009, counsel for both parties, and the defendant personally, appeared before the undersigned for a status conference.  Counsel advised that the parties were in the process of negotiating a plea agreement wherein the defendant would waive indictment and agree to the filing of an information by the government, to which the defendant would then enter a plea of guilty.  The parties advised that it was anticipated that the agreement would be finalized and a waiver of indictment/plea proceeding would be scheduled not later than January 8, 2010.

The defendant was specifically advised of the provisions of 18 U.S.C. 3161(b) (Speedy Trial Act) which requires that any indictment or information charging an individual with the commission of an offense be filed within thirty days from the date on which the defendant was arrested in connection with the charges. The defendant was advised that the thirty day period would expire in this cause on January 4, 2010, and that the case would then be subject to dismissal.

The defendant stated that she wished to waive the thirty day provision of § 3161(b), in order to permit the parties to finalize a plea agreement and to proceed as described above.

The undersigned finds that it is in the interest of justice to grant the additional time requested by the parties, and that therefore,

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § (h)(7)(A) and (B)(iv) the additional time granted to the parties is excluded from the computation of time for the filing of an indictment or information pursuant to 18 U.S.C. § 3161(b).


UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of January, 2010.